IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   15-cv-01685-RBJ | Date: February 26, 2016 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| ROXANNE SOURS  **Plaintiff** | *Brice A. Tondre* |
| v. | |
| INDEMNITY INSURANCE COMPANY OF NORTH AMERICA  **Defendant** | *Richard K. Rediger* |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 11:00 a.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on [30] Motion to Compel Responses to Written Discovery.

**ORDERED:  Parties are to communicate via telephone with regard to responses.**

   **Admissions numbers 7, 8, 9, 10, 12, 13 are deemed ADMITTED.**

   **Deposition of the plaintiff is to be held within two (2) weeks.**

   **[30] Motion to Compel Responses to Written Discovery is GRANTED IN PART and found MOOT IN PART.**

Court in Recess:  11:06 a.m.         Hearing concluded.         Total time in Court:  00:06